**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ALLIED WORLD SPECIALTY
INSURANCE COMPANY,

    Plaintiff,

v.                                      Case No. 6:15-cv-1397-Orl-37TBS

PROGRESSIVE PLUMBING, INC.;
LAWSON INVESTMENT GROUP, INC.;
GRACIOUS LIVING DESIGN CENTER, INC.;
CENTRAL FLORIDA SUPPLY, INC.;
PROGRESSIVE PLUMBING SERVICES, LLC;
WILLIAM E. LAWSON; and CHARLENE
H. LAWSON,

    Defendants.

**ORDER**

This cause is before the Court on Plaintiff's "Suggestion of Bankruptcy as to Defendant[s] Progressive Plumbing, Inc., Gracious Living Design Center, Inc.[,] and Progressive Plumbing Services, LLC" (Doc. 10), filed August 25, 2015.

Progressive Plumbing, Inc., Gracious Living Design Center, Inc., and Progressive Plumbing Services, LLC each filed a voluntary petition for Chapter 11 bankruptcy in the United States Bankruptcy Court for the Middle District of Florida, Orlando Division. *See In re Progressive Plumbing Inc.*, No. 6:15-bk-07275-KSJ, Doc. 1 (Bankr. M.D. Fla. Aug. 24, 2015), *In re Gracious Living Design Center, Inc.,* No. 6:15-bk-07277-KSJ, Doc. 1 (Bankr. M.D. Fla. Aug. 24, 2015), *In re Progressive Services, LLC,* No. 6:15-bk-07276-KSJ, Doc. 1 (Bankr. M.D. Fla. Aug. 24, 2015).

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1.     This action is **STAYED** as to Defendants Progressive Plumbing, Inc.,

    Gracious Living Design Center, Inc., and Progressive Plumbing Services, LLC.

2. On or before November 24, 2015, and every ninety (90) days thereafter, Plaintiff is **DIRECTED** to provide a status report regarding Defendants Progressive Plumbing, Inc., Gracious Living Design Center, Inc., and Progressive Plumbing Services, LLC's bankruptcy proceedings.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 26, 2015.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record