UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ALLIED WORLD SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PROGRESSIVE PLUMBING, INC., a Florida corporation, LAWSON INVESTMENT GROUP, INC., a Florida corporation, GRACIOUS LIVING DESIGN CENTER, INC., a Florida corporation, CENTRAL FLORIDA SUPPLY, INC., a Florida corporation, PROGRESSIVE PLUMBING SERVICES, LLC, a Florida limited liability company, WILLIAM E. LAWSON, an individual, and CHARLENE H. LAWSON, an individual,  Defendants.<br>_____/ | CASE NO.:<br><br>6:15-CV-1397-ORL- 37-TBS |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff ALLIED WORLD SPECIALTY INSURANCE COMPANY f/k/a Darwin National Assurance Company ("Allied"), by and through undersigned counsel, hereby files its Response to the Court's Order to Show Cause and states as follows:

### BACKGROUND

1. The undersigned submits this Response to the Court's Order to Show Cause issued on August 27, 2015 (Doc 12).

2. On Tuesday, September 1, 2015, the undersigned filed a motion to stay the proceeding against William E. Lawson and Charlene H. Lawson and requested a

postponement of the deadline for filing a response to the Court's Order to Show Cause (Doc 15).

3. Today is the deadline for filing a response to the Order to Show Cause but there has been no ruling on the motion for stay and request for postponement.

4. Out of an abundance of caution, this response has been filed.

### RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

5. A complaint was filed on August 24, 2015 in the U.S. District Court Middle District of Florida by Allied against Progressive Plumbing, Inc. ("PPI"), Lawson Investment Group, Inc., Gracious Living Design Center, Inc., Central Florida Supply, Inc., a/k/a Central Florida Plumbing Supply, Inc., Progressive Plumbing Services, LLC, a/k/a Progressive Services, LLC, William E. Lawson, and Charlene H. Lawson (Doc 1).[1]

6. On August 24, 2015, Allied received notice that three of the Defendants filed for bankruptcy under Chapter 11 of the Bankruptcy Code: Progressive Plumbing, Inc., Progressive Services, LLC, and Gracious Living Design Center, Inc.

7. Accordingly, this Court entered a stay order on August 27, 2015 as to Progressive Plumbing, Inc., Progressive Services, LLC, and Gracious Living Design Center, Inc. (Doc 11).

8. On August 27, 2015, this Court also issued an order to show cause as to why this action should not be dismissed for want of subject matter jurisdiction on the basis that the complaint alleged that William E. Lawson and Charlene H. Lawson were merely residents of the State of Florida, which is insufficient to establish diversity jurisdiction.

---

[1] The Defendants have not been served with process as of the date of this filing.

9. The undersigned acknowledges that he inadvertently pled "residency" when an allegation of citizenship was intended.

10. William E. Lawson and Charlene H. Lawson are both citizens of the State of Florida, which is diverse from the citizenship of the Plaintiff, a corporation organized and existing under the laws of Delaware, with its principal place of business located at 1690 New Britian Avenue, Suite 101, Farmington, Connecticut 06032.

11. As pled in the complaint, Lawson Investment Group, Inc., is and at all times mentioned was, a corporation organized and existing under the laws of Florida, with its principal place of business located at 1064 West Highway 50, Clermont, Florida 34712.

12. Gracious Living Design Center, Inc., is and at all times mentioned was, a corporation organized and existing under the laws of Florida, with its principal place of business located at 1064 West Highway 50, Clermont, Florida 34711.

13. Central Florida Supply, Inc., is and at all times mentioned was, a corporation organized and existing under the laws of Florida, with its principal place of business located at 1064 West Highway 50, Clermont, Florida 34712.

14. The remaining defendants − Progressive Plumbing, Inc., Progressive Plumbing Services, LLC a/k/a Progressive Services, LLC, and Gracious Living Design Center, Inc. − each declared bankruptcy on August 24, 2015. As mentioned above, the Court issued a stay as to these three defendants following the Suggestion of Bankruptcy filed by Allied on behalf of the Defendants (Docs 10 & 11). Litigation will not continue against these three debtor-defendants.

15. As pled in the complaint, the matter in controversy exceeds $75,000.

WHEREFORE, Plaintiff Allied World Specialty Insurance Company respectfully

CASE NO.: 6:15-CV-1397-ORL-37-TBS

requests that this Court hold that it has subject matter jurisdiction based upon diversity jurisdiction under 28 U.S.C. 1332(a) in that the citizenship of the Plaintiff is completely diverse from the citizenship of each Defendant and the matter in controversy is over $75,000.  Allied will file an amended complaint within 21 days from the date of the Court's order.

Dated: September 4, 2015

                              Respectfully submitted,

                              */s/ Jonathan P. Cohen*
Jonathan P. Cohen
Florida Bar No.: 11526
**Jonathan P. Cohen, P.A.**
500 E. Broward Blvd.
Suite 1710
Fort Lauderdale, FL 33394
(954) 462-8850
(954) 848-2987 -fax
jcohen@jcohenpa.com
service@jcohenpa.com

### CERTIFICATE OF SERVICE

I hereby certify that no Defendants have been served in this lawsuit at the time of the filing of this document through CM/ECF on September 4, 2015.

                              */s/Jonathan P. Cohen*
                              Jonathan P. Cohen