UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ALLIED WORLD SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>PROGRESSIVE PLUMBING, INC., a Florida corporation, LAWSON INVESTMENT GROUP, INC., a Florida corporation, GRACIOUS LIVING DESIGN CENTER, INC., a Florida corporation, CENTRAL FLORIDA SUPPLY, INC., a Florida corporation, PROGRESSIVE PLUMBING SERVICES, LLC, a Florida limited liability company, WILLIAM E. LAWSON, an individual, and CHARLENE H. LAWSON, an individual, Defendants.<br>_____/ | CASE NO.:<br>6:15-CV-1397-ORL- 37-TBS |

**STATUS REPORT REGARDING WILLIAM AND CHARLENE LAWSON'S POSTURE RELATIVE TO THE BANKRUPTCY PROCEEDING OF PROGRESSIVE PLUMBING, INC., PROGRESSIVE SERVICES, LLC AND GRACIOUS LIVING DESIGN CENTER, INC.**

Plaintiff ALLIED WORLD SPECIALITY INSURANCE COMPANY f/k/a Darwin National Assurance Company ("Allied" or "Surety"), by and through undersigned counsel, hereby files this Status Report Regarding William and Charlene Lawson's Posture Relative to the Bankruptcy Proceeding of Progressive Plumbing, Inc., Progressive Services, LLC, and Gracious Living Design Center, Inc. and states as follows:

1. On August 24, 2015, Allied filed this lawsuit against Progressive Plumbing,

CASE NO.: 6:15-CV-1397-ORL-37-TBS

Inc., Progressive Services, LLC, Gracious Living Design Center, Inc., Lawson Investment Group, Inc., Central Florida Supply, Inc., William E. Lawson, and Charlene H. Lawson.

2. Also on August 24, 2015, Progressive Plumbing, Inc., Progressive Services, LLC, and Gracious Living Design Center, Inc. each filed for bankruptcy under Chapter 11 of the Bankruptcy Code after which, on August 27, 2015, this Court entered a stay as against the debtor-defendants (Doc 11).

3. Approximately two weeks later on September 9, 2015, on Plaintiff's motion, this Court entered an order staying this lawsuit against Defendants William E. Lawson and Charlene H. Lawson for 60 days on the basis of their close relationship with the debtors (Doc 17).

4. The stay against the Lawsons ended on November 8, 2015. This Court required Plaintiff to submit a status report by November 9, 2015 addressing the posture of the Lawsons relative to the bankruptcy.[1]

5. As of November 9, 2015, nearly two and a half months after the filing of the corporate bankruptcies, the Lawsons' posture remains that of non-debtors.

Dated: November 9, 2015

Respectfully submitted,

/s/Jonathan P. Cohen
Jonathan P. Cohen
Florida Bar No.: 11526
**Jonathan P. Cohen, P.A.**
500 E. Broward Blvd.

---

[1] On or about September 3, 2015, the three bankruptcy cases were consolidated under the Progressive Plumbing, Inc. bankruptcy, case number 6:15-bk-07275-KSJ.

CASE NO.: 6:15-CV-1397-ORL-37-TBS

Suite 1710
Fort Lauderdale, FL 33394
(954) 462-8850
(954) 848-2987 -fax
jcohen@jcohenpa.com
service@jcohenpa.com

## CERTIFICATE OF SERVICE

I hereby certify that no Defendants have been served in this lawsuit at the time of the filing of this document through CM/ECF on November 9, 2015.

/s/Jonathan P. Cohen
Jonathan P. Cohen

3