UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ALLIED WORLD SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>LAWSON INVESTMENT GROUP, INC., a Florida corporation, CENTRAL FLORIDA PLUMBING SUPPLY, INC. A/K/A CENTRAL FLORIDA SUPPLY, INC., a Florida corporation, WILLIAM E. LAWSON, an individual, and CHARLENE H. LAWSON, an individual,<br><br>    Defendants.<br>_____/ | CASE NO.:<br>6:15-CV-1397-ORL- 37-TBS |

**STATUS REPORT REGARDING BANKRUPTCY PROCEEDINGS OF PROGRESSIVE PLUMBING, INC., PROGRESSIVE SERVICES, LLC AND GRACIOUS LIVING DESIGN CENTER, INC.**

Plaintiff ALLIED WORLD SPECIALITY INSURANCE COMPANY f/k/a Darwin National Assurance Company ("Allied" or "Surety"), by and through undersigned counsel and pursuant to this Court's August 27, 2015 order (Doc 11), hereby files this *Status Report Regarding Bankruptcy Proceeding of Progressive Plumbing, Inc., Progressive Services, LLC, and Gracious Living Design Center, Inc.* and states as follows:

1. On August 24, 2015, Allied filed this lawsuit against Progressive Plumbing, Inc., Progressive Services, LLC, Gracious Living Design Center, Inc., Lawson Investment Group, Inc., Central Florida Supply, Inc., William E. Lawson, and Charlene

CASE NO.: 6:15-CV-1397-ORL-37-TBS

H. Lawson.

2. Also on August 24, 2015, Progressive Plumbing, Inc., Progressive Services, LLC, and Gracious Living Design Center, Inc. each filed for bankruptcy under Chapter 11 of the Bankruptcy Code after which, on August 27, 2015, this Court entered a stay as against the debtor-defendants (Doc 11).

3. All three bankruptcy proceedings are still ongoing and have, since September 3, 2015, been consolidated for administrative purposes under the Progressive Plumbing, Inc. bankruptcy, case number 6:15-bk-07275-KSJ.

4. On October 23, 2015, Progressive Plumbing, Inc. filed an adversary proceeding against Allied and The Evergreen Corporation, case number 6:15-ap-00145-KSJ, seeking to adjust the debtor/creditor relationship as between all three entities.

5. A plan of reorganization has not yet been filed by the debtors.

Dated: November 24, 2015

Respectfully submitted,

/s/Jonathan P. Cohen
Jonathan P. Cohen
Florida Bar No.: 11526
**Jonathan P. Cohen, P.A.**
500 E. Broward Blvd.
Suite 1710
Fort Lauderdale, FL 33394
(954) 462-8850
(954) 848-2987 -fax
jcohen@jcohenpa.com
service@jcohenpa.com

CASE NO.: 6:15-CV-1397-ORL-37-TBS

## CERTIFICATE OF SERVICE

I hereby certify that no Defendants have been served in this lawsuit at the time of the filing of this document through CM/ECF on November 24, 2015.

/s/Jonathan P. Cohen
Jonathan P. Cohen