**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ALLIED WORLD SPECIALTY**
**INSURANCE COMPANY,**

        **Plaintiff,**

**v.**                               **Case No:   6:15-cv-1397-Orl-37TBS**

**LAWSON INVESTMENT GROUP, INC.,**
**CENTRAL FLORIDA PLUMBING**
**SUPPLY, INC., WILLIAM E. LAWSON**
**and CHARLENE H. LAWSON,**

        **Defendants.**

_____

**ORDER**

    This case is before the Court *sua sponte*.   A review of the docket shows that this case was filed on August 24, 2015.   To date, the record reflects that service has not been perfected.   Accordingly, it is

    **ORDERED** that on or before January 8, 2016, the Plaintiff is directed to show cause by a written response why this case should not be dismissed pursuant to Local Rule 3.10, for lack of prosecution due to the failure to perfect service of process within the time prescribed by Federal Rules of Civil Procedure 4 (m).

    **DONE AND ORDERED** at Orlando, Florida this 29th day of December, 2015.



ROY B. DALTON JR.
United States District Judge

Copies:      Counsel of Record