UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALLIED WORLD SPECIALTY
INSURANCE COMPANY,

    Plaintiff,

v.                                              Case No:   6:15-cv-1397-Orl-37TBS

LAWSON INVESTMENT GROUP, INC.,
CENTRAL FLORIDA PLUMBING
SUPPLY, INC., WILLIAM E. LAWSON
and CHARLENE H. LAWSON,

    Defendants.

## ORDER

Defendants, Lawson Investment Group, Inc., Central Florida Plumbing Supply, In., a/k/a Central Florida Supply, Inc., William Lawson and Charlene H. Lawson's Unopposed Motion for Extension of Time to Respond to Amended Complaint (Doc. 38) is **GRANTED**. These Defendants have through January 25, 2016 to respond to the amended complaint.

**DONE** and **ORDERED** in Orlando, Florida on January 5, 2016.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record