UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ALLIED WORLD SPECIALTY INSURANCE COMPANY f/k/a DARWIN NATIONAL ASSURANCE COMPANY, a Delaware corporation, | CASE NO.:  6:15-CV-1397-RDB-TBS |
| Plaintiff, | |
| vs. | |
| LAWSON INVESTMENT GROUP, INC., a Florida corporation; CENTRAL FLORIDA PLUMBING SUPPLY, INC. a/k/a CENTRAL FLORIDA SUPPLY, INC., a Florida corporation; WILLIAM E. LAWSON, an individual; and CHARLENE H. LAWSON, an individual, | |
| Defendants. _____/ | |

**NOTICE OF SETTLEMENT IN PRINCIPLE**
**AND MOTION TO STAY CASE MANAGEMENT ORDER**

Notice is hereby given, informing this Honorable Court, that after extensive discussions the parties have agreed to a settlement in principle, having exchanged term sheets evidencing a meeting of the minds, which will be memorialized in a formal settlement agreement over the upcoming days.  Therefore, in light of the settlement, both parties respectfully ask the Court to stay the Case Management Order (Doc. No. 71) including today's deadline to present initial disclosures, to allow the parties to effectuate the settlement.

Date: March 11, 2016

| | |
|---|---|
| */s/Jonathan P. Cohen* | */s/Robert Clayton Roesch* |
| Jonathan P. Cohen | J. Stephen McDonald |
| Florida Bar No.  11526 | Florida Bar No. 0468940 |
| Email: jcohen@jcohenpa.com | Email: smcdonald@shuffieldlowman.com |
| Secondary email: service@jcohenpa.com | Robert Clayton Roesch |
| **Jonathan P. Cohen, P.A.** | Florida Bar No.  0013931 |
| 500 E. Broward Blvd., Suite 1710 | Email: croesch@ShuffieldLowman.com |
| Ft. Lauderdale, FL  33394 | Shuffield, Lowman & Wilson, P.A. |
| Telephone:  (954) 462-8850 | 1000 Legion Place, Suite 1700 |
| Facsimile:  (954) 848-2987 | P.O. Box 1010 |
| Attorneys for Plaintiff | Orlando, FL  32802-1010 |
| | Telephone: (407) 581-9800 |
| | Facsimile: (407) 581-9801 |
| | Attorneys for Defendants |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been filed through CM/ECF on March 11, 2016 on J. Stephen McDonald, Esq. (smcdonald@shuffieldlowman.com), Robert Clayton Roesch, Esq. (croesch@shuffieldlowman.com), and litservice@shuffieldlowman.com, Shuffield, Lowman & Wilson, P.A., 1000 Legion, Suite 1700, P.O. Box 1010, Orlando, Florida 32802-1010.

  */s/ Jonathan P. Cohen*
    Jonathan P. Cohen